IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 21-cv-02533-CNS-MEH | Date: January 24, 2023 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| LISA GOLD<br>**Plaintiff** | *Lisa Greenberg* |
| v. | |
| LM INSURANCE CORPORATION<br>**Defendant** | *Holly White* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 9:59 a.m.

Appearance of counsel.

Argument as to [38] Plaintiff's Motion for Summary Judgment and [40] Defendant's Motion for Partial Summary Judgment given by Ms. Greenberg and Ms. White with questions from the Court.

As outlined on the record it is

**ORDERED:** [38] Plaintiff's Motion for Summary Judgment is DENIED.

[40] Defendant's Motion for Partial Summary Judgment is DENIED.

**Five-day Jury Trial is set for August 21, 2023, at 8:00 a.m. with a Trial Preparation Conference on August 9, 2023, at 9:00 a.m.**

Discussion held on practice standards and settlement conference with the Magistrate Judge.

Court in Recess: 11:08 a.m.         Hearing concluded.         Total time in Court: 01:09